UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CANNEDY,<br><br>          Plaintiff,<br><br>     v.<br><br>AMADOR COUNTY SHERIFF DEPARTMENT, et al.,<br><br>          Defendants. | No. 2:22-cv-2001 TLN AC P<br><br><br>ORDER |

      Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed November 9, 2022, plaintiff was directed to file a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  ECF No. 4.  In response, plaintiff has filed another application to proceed in forma pauperis.  ECF No. 7.  However, the application is not accompanied by the required trust account statement.  Plaintiff will be given one final opportunity to provide the necessary statement.[1]  It is not necessary to submit another application to proceed in forma pauperis.

---

[1] Plaintiff is advised that certified inmate trust account statements can typically be obtained by speaking with an assigned counselor or sending a request to the department that handles inmate trust accounts.  If plaintiff is unsure who to contact within the jail, he should provide prison staff with a copy of this order when requesting assistance in order to help them direct him to the proper individual or department.

1

1       Accordingly, IT IS HEREBY ORDERED that within thirty days of the service of this
2 order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-
3 month period immediately preceding the filing of the complaint. Failure to comply with this
4 order will result in a recommendation that this action be dismissed without prejudice.
5 DATED: November 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE